IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL AUGUSTINE,
Reg. #07006-025                                                                    PLAINTIFF

v.                              No. 2:15-cv-115-DPM

N. THOMAS, Lieutenant, FCI Forrest City;
HAWKINS, Case Manager; T. RADSON,
Counselor, FCI Forrest City; RELVES, Captain,
FCI Forrest City; MYERS, SIA Lieutenant, FCI
Forrest City; B. HUNT; Unicor Officer; RIVIERA,
Warden, FCI Forrest City; WATSON, SHU Lieutenant,
FCI Forrest City; DUBE-GILLEY, Unit Manager, FCI
Forrest City; BRADSHAW, Corrections Officer;
HAULK, Corrections Officer; and JOHN DOES                  DEFENDANTS

## ORDER

The Court must screen Augustine's complaint and amended complaint. 28 U.S.C. § 1915A.

1. Augustine's Fourteenth Amendment allegations fail to state a claim. He didn't have a federally protected liberty interest in avoiding placement in the Special Housing Unit for three months. *Sandin v. Conner*, 515 U.S. 472, 484 (1995); *Phillips v. Norris*, 320 F.3d 844, 847 (8th Cir. 2003); *Orr v. Larkins*, 610 F.3d 1032, 1034 (8th Cir. 2010). Accordingly, he didn't have a constitutional right to a hearing or other due process protections before being placed in that

part of the prison. *Ibid.* Nor did he have the right to have Defendants comply with internal rules about periodically reviewing his SHU placement. *Phillips*, 320 F.3d at 847.

**2.** Augustine's conclusory equal protection allegation also fails to state a claim. Augustine hasn't pleaded any facts suggesting Defendants purposefully treated him differently than other similarly situated prisoners. *Ashcroft v. Iqbal*, 556 U.S. 662, 677-78 (2009); *Patel v. United States Bureau of Prisons*, 515 F.3d 807, 815 (8th Cir. 2008).

**3.** Augustine's Eighth Amendment allegation fails to state a claim as well. Nothing in his complaints suggests the conditions he endured in the SHU amounted to cruel and unusual punishment. *Hudson v. McMillian*, 503 U.S. 1, 9 (1992); *Phillips*, 320 F.3d at 848.

**4.** Augustine's complaints will be dismissed without prejudice for failure to state a claim. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. §§ 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 September 2015