IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL AUGUSTINE,
Reg. #07006-025                                                                    PLAINTIFF

v.                          No. 2:15-cv-115-DPM

N. THOMAS, Lieutenant, FCI Forrest City;
HAWKINS, Case Manager; T. RADSON,
Counselor, FCI Forrest City; RELVES, Captain,
FCI Forrest City; MYERS, SIA Lieutenant, FCI
Forrest City; B. HUNT; Unicor Officer; RIVIERA,
Warden, FCI Forrest City; WATSON, SHU Lieutenant,
FCI Forrest City; DUBE-GILLEY, Unit Manager, FCI
Forrest City; BRADSHAW, Corrections Officer;
HAULK, Corrections Officer; and JOHN DOES                     DEFENDANTS

## JUDGMENT

Augustine's complaint and amended complaint are dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

11 September 2015